### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| CASLISTO YEPEZ, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: |
| | : 3:13-CV-01564-MPS |
| THE EAGLE LEASING COMPANY | : |
| Defendant. | : April 1, 2015 |

### **DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6) and D. Conn. L. Civ. P. Rule 7(a), the defendant, The Eagle Leasing Company, by its attorneys Halloran & Sage, LLP, respectfully moves this Court to dismiss the plaintiff's Complaint in its entirety.

In his Complaint, the plaintiff asserts that the defendant discriminated against him unlawfully in violation of federal and state discrimination laws. The plaintiff also asserts a number of common law claims. None of the plaintiff's statutory claims or common law claims states a facially plausible claim upon which relief may be granted.

In support of this motion, the defendant submits a memorandum of law herewith.

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195

Respectfully submitted,

DEFENDANT,
THE EAGLE LEASING COMPANY

By: /s/ Thomas E. Brennan
Thomas P. Lambert (CT12823)
Thomas E. Brennan (CT27093)

HALLORAN & SAGE, LLP
315 Post Road West
Tel: 203.227.2855
Fax: 203.227.6992
Email: lambert@halloran-sage.com
Brennan@hlalloran-sage.com
ITS ATTORNEYS

- 2 -

HALLORAN
& SAGE LLP

315 Post Road West
Westport, CT 06880

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically on this 1st day of April, 2015 and was served by mail to anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/s/ Thomas E. Brennan
Thomas E. Brennan

3280592v.1

- 3 -

HALLORAN
& SAGE LLP

315 Post Road West
Westport, CT 06880

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195