ELECTRONIC ORDERS IN:
MOLINA V. EAGLE LEASING CO., 13 CV 413 (WWE);
CASLISTO YEPEZ V. EAGLE LEASING CO., 13 CV 1564 (WWE);
BAEZ V. EAGLE LEASING CO., 14 CV 897 (WWE);
VASQUEZ V. EAGLE LEASING CO., 14 CV 898 (WWE); and
ROMMEL YEPEZ V. EAGLE LEASING CO., 14 CV 900 (WWE).

8/27/15 – By agreement of counsel during the telephonic discovery conference held today, counsel agreed as follows:

(1) By agreement counsel, unless counsel agree to earlier dates, the depositions of plaintiffs in both Yepez files and in the Baez and Vasquez files will be held **on October 27-29, November 4, and November 10-13 (as back-up), 2015**.

(2) By further agreement of counsel, defense counsel promptly will prepare authorizations for signature by plaintiffs, and plaintiffs will sign these authorizations, and provide the necessary verifications and respond to outstanding discovery **on or before September 15, 2015**, in the Baez, Vasquez, and Rommel Yepez files.

(3) By further agreement of counsel, unless counsel agree to an earlier date, a global settlement conference will be held before this Magistrate Judge on **January 6, 2016, at 10:00 a.m.**

(4) The Magistrate Judge is available for such other conferences (which may be held telephonically) as may be necessary.